UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERALD HARRISS,<br><br>          Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant. | Case No.  1:22-cv-01068-BAK (BAM)<br><br>**ORDER ON APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING CLERK TO ISSUE SUMMONS AND SCHEDULING ORDER**<br><br>(Doc. 2) |

Pending before the Court is Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915.  Plaintiff has made the showing required by § 1915, and the request to proceed *in forma pauperis* will be granted.  28 U.S.C. § 1915(a).  Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's application to procced *in forma pauperis* is GRANTED;
2. The Clerk of the Court is directed to issue new case documents, including the Scheduling Order; and
3. The Clerk of the Court also is directed to issue summons and service shall proceed under the Court's E-Service program, with the Clerk delivering to the Commissioner of Social Security Administration and the United States Attorney's Office at their

1  designated email addresses, a notice of electronic filing of the action along with the
2  summons and complaint.
3
4  IT IS SO ORDERED.
5  Dated:  __August 29, 2022__          /s/ *Barbara A. McAuliffe*          _
6  UNITED STATES MAGISTRATE JUDGE

2