# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY HARRISS,<br><br>        Plaintiff,<br><br>    v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:22-cv-1068 JLT CDB<br><br>ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>(Doc. 20) |

Jerry Harriss and Frank Bisignano, the Commissioner of Social Security, stipulated that Plaintiff shall be awarded fees and expenses in the amount of $4,310.00 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 20 at 2-3.) Accordingly, the Court **ORDERS**: Subject to the terms of the parties' stipulation, Plaintiff is **AWARDED** fees in the amount of $4,310.00 pursuant to 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

Dated: **August 28, 2025**

*[signature: Jennifer L. Thurston]*
UNITED STATES DISTRICT JUDGE

1